UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:06-CR-14-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARYL STEVEN CARR | **ORDER** |

This matter comes before the Court on Defendant's motion for an order requiring that the Defendant be held in the custody of the U.S. Marshal in the Eastern District of North Carolina pending resolution of his case. The Government does not oppose the Motion. For good cause shown, the motion is GRANTED, and it is hereby ORDERED that Defendant shall be held in the custody of the United States Marshal in this district pending resolution of this case, to be held as a pretrial detainee in such local facility as designated by the United States Marshal under the normal procedures of that office.

SO ORDERED.

This the __6th__ day of May, 2014.

*/s/ Louise W. Flanagan*
United States District Judge